FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Sep 09 2026

KEVIN P. WEIMER , Clerk

By: Nicole Lawson Jenkins
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Analiea Milliscent Eccles

**CRIMINAL COMPLAINT**

Case Number: 1:26-MJ-0963

I, the undersigned complainant depose and say under penalty of perjury that the following is true and correct to the best of my knowledge and belief. On or about December 6, 2022, March 12, 2024, and September 5, 2024, in Clayton County, in the Northern District of Georgia, and elsewhere, the defendant did, knowingly make a false statement or claim of being a United States citizen in order to register to vote or vote in a federal, state, or local election, in violation of Title 18, United States Code, Section 1015(f).

Further, on or about October 31, 2024, June 18, 2024, May 03, 2024, and December 06, 2022, in Clayton County, Georgia, in the Northern District of Georgia, and elsewhere, the defendant, an alien, knowing she was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of the President, Vice President, Presidential elector, Member of the Senate, or Member of the House of Representatives, in violation of 18 United States Code, Section 611.

I further state that I am a Special Agent with HSI and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof. Yes

Signature of Complainant
Christian Johnston, Special Agent, HSI

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

September 9, 2026 at Atlanta, Georgia
Date City and State

CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

AUSA Dwayne A. Brown Jr. / 404-581-6000 /
Dwayne.brownA@usdoj.gov

# AFFIDAVIT

I, Christian Johnston, Special Agent with Homeland Security Investigations, depose and say under penalty of perjury:

## INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. I submit this Affidavit in support of an application for a Criminal Complaint against the following defendant: Analiea Milliscent ECCLES.

2. Based on the following facts, I submit that there is probable cause to believe that on or about December 6, 2022, March 12, 2024, and September 5, 2024, in Clayton County Georgia, in the Northern District of Georgia, Analiea Milliscent ECCLES did knowingly make a false statement or claim of being a United States citizen in order to register to vote or to vote in a federal, state, or location election, in violation of 18 United States Code, Section 1015(f). Further, I submit there is probable cause to believe that, on or about October 31, 2024, June 18, 2024, May 03, 2024, and December 06, 2022, Analiea Milliscent ECCLES, an alien, knowing she was not an United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of the President, Vice President, Presidential elector, Member of the Senate, or Member of the House of Representatives, in violation of 18 United States Code, Section 611.

3. The facts set forth in this affidavit are known to me as a result of my personal participation in this investigation, statements of witnesses, and information supplied to me by other law enforcement officers. In this affidavit, I have set forth only the facts I believe necessary to establish probable cause for the Criminal Complaint. This affidavit does not contain every material fact I have learned during the course of this investigation.

**AFFIANT BACKGROUND**

4. I am a Special Agent with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) serving in the Office of the Special Agent in Charge in Atlanta, Georgia. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7). I have been a U.S. federal law enforcement officer since 2007 when I began my career as an Immigration Enforcement Agent with ICE. I started with HSI in Phoenix, Arizona, and have been a Special Agent for 15 years. Furthermore, as a Special Agent with HSI, I am responsible for conducting criminal investigations of offenses under Titles 8, 18, 19, and 21 of the United States Code. I have experience in both assisting and being the lead investigator in numerous federal investigations, including the investigation of human smuggling, human trafficking, identity theft, narcotics trafficking, and money laundering. I am a graduate of the Federal Law Enforcement Training Center's Criminal

Investigator Training Program and the ICE Special Agent Training Course. Additionally, I have completed the Georgia Bureau of Investigation's (GBI) Introduction to Internet Crimes Against Children Investigations course and the Undercover Chat Investigations course at the GBI Headquarters.

**Statement of Probable Cause**

5. HSI Atlanta initiated an investigation into potential voter fraud violations after receiving a referral from HSI Headquarters on several foreign nationals who were suspected of illegally voting in one or more federal elections.

6. One of the referrals concerned Analiea Milliscent ECCLES, a citizen of Venezuela and a resident of Clayton County, Georgia, who was suspected of voting in several Georgia elections dating back to 2008.

7. I began my investigation by conducting record checks through DHS immigration databases and reviewing immigration documents located in ECCLES' Alien Registration File (A204 931 508). I confirmed that ECCLES was a citizen of Venezuela and not a U.S. Citizen. ECCLES first entered the U.S. in 1991 on a B2 visa (*Temporary Visitor for Pleasure*). I found that ECCLES is currently a Deferred Action for Childhood Arrivals recipient, commonly known as "DACA." ECCLES first applied for DACA in 2013 and was approved. ECCLES recently applied to have her DACA renewed. On February 16, 2026, ECCLES submitted a Form I-821D (*Consideration of Deferred Action for Childhood Arrivals*), a Form I-765 (*Application for Employment Authorization*), and a Form I-765 Worksheet. ECCLES has never applied to become a U.S. Citizen.

8. During my investigation, I found that ECCLES had been issued a Georgia driver's license and recently had it renewed. On May 29, 2026, ECCLES submitted a new driver's license application to the Georgia Department of Driver Services (DDS). On the application, under Legal Status, ECCLES was asked if she was a United States Citizen or a Lawful Permanent Resident. ECCLES selected "No" for both questions. On an additional question, ECCLES was asked, "*Do you have an Alien Registration Number?*" ECCLES selected "Yes" and included her Alien Registration File number, A204931508.

9. I received a copy of ECCLES's Individual Voter Report from the Georgia Secretary of State's Office, Voter Registration No. 07104472. According to ECCLES' Participation History, she voted in Fulton County on the following dates: November 4, 2008, December 2, 2008, and November 6, 2012. ECCLES voted in Clayton County on the following dates: October 20, 2020, December 23, 2020, December 6, 2022, May 3, 2024, June 18, 2024, and October 31, 2024. On several occasions, ECCLES vote was marked as "Absentee by mail," thus explaining why ECCLES voting participation date is earlier than the actual election date.

10. I confirmed via Internet searches on the Georgia Secretary of State's Election Results page and other open-source searches that all the aforementioned elections contained at least one race for federal office.

11. I also received copies of voter registration related documents for ECCLES from the Clayton County Board of Elections & Registration.

Specifically, I received a scanned copy of four Voter Registration Transaction Cards; dated September 23, 2014, December 10, 2018, July 5, 2021, and December 6, 2022. Each of the cards contained ECCLES' personal information, such as her full name, Georgia DL number, voter registration number, address, and date of birth. Each of the transaction cards had the declaration below:

> I swear or affirm under penalty of perjury that:
> I am a citizen of the United States and the State of Georgia.
> I reside at the address listed above.
> I am 18 years of age or older or will be 18 years of age within 6 months of the date of this application.
> I am eligible to vote in Georgia.
> I am not serving a sentence for having been convicted of a felony involving moral turpitude.
> I have not been judicially declared to be mentally incompetent.

On each card, ECCLES included her signature under the above declaration.

12. I also received a copy of two Georgia Official Absentee Ballot applications for ECCLES, dated March 12, 2024 and September 5, 2024. Again, these documents contained information such as ECCLES' full name, address, phone number, date of birth, and Georgia DL number. Each of the absentee ballot applications contained the below declaration:

> I, the undersigned, do swear and affirm that I am eligible to vote in Georgia, am a citizen of the U.S. and the facts presented in this application are true. By signing this oath, you are swearing that you are the voter requesting an absentee ballot. **Signing this oath on behalf of another voter violates Georgia law and is punishable by a fine up to $100,000, imprisonment for up to 10 years, or both.**
>
> **Voter, sign and date here** (Required)

On each of the applications, ECCLES included her signature under the declaration.

## CONCLUSION

13. Based on the information contained in this affidavit, I believe there is probable cause to show that ECCLES did knowingly make a false statement or claim of being a United States citizen in order to register to vote or to vote in a federal, state, or location election, in violation of 18 United States Code, Section 1015(f). Further, I believe there is probable cause to show that ECCLES, an alien, knowing she was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of the President, Vice President, Presidential elector, Member of the Senate, or Member of the House of Representatives, in violation of 18 United States Code, Section 611.

## END OF AFFIDAVIT