IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ANALIEA MILLISCENT ECCLES | Criminal Action No.<br>1:26-MJ-0963 |

**Unopposed Motion to Continue the Indictment Deadline**

The United States of America, by Thedore S. Hertzberg, United States Attorney, and Dwayne A. Brown Jr., Assistant United States Attorney for the Northern District of Georgia, respectfully requests, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), a continuance of the time within which to obtain an indictment to November 17, 2026. The current deadline is October 14, 2026. Undersigned counsel has conferred with the Defendant's counsel, and he does not oppose this request.

In support of this motion, the Government states the following:

1. On September 9, 2026, a criminal complaint from the Northern District of Georgia was issued charging Ms. Analie Milliscent Eccles with knowingly making a false statement or claim of being a United States citizen in order to register to vote or vote in a federal, state, or local election, in violation of Title 18, United States Code, Section 1015(f); and voting in a federal election, in violation of Title 18, United States Code, Section 611.

2. Ms. Eccles made her initial appearance on September 15, 2026. The United States consented to Ms. Eccles's pretrial release, and the Court issued an Order to release Ms. Eccles on bond.

3. The parties respectfully request a continuance of the indictment deadline to November 17, 2026. The parties agree that the ends of justice will be served by a continuance, and those ends outweigh the interests of the public and the Defendant in a speedy trial. Also, the parties would like additional time to discuss a resolution of the case pre-indictment.

WHEREFORE, the Government respectfully requests that this Court continue the date by which an indictment must be returned against Ms. Eccles to November 17, 2026, and find that such delay constitutes excludable time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B).

Respectfully submitted on September 30, 2026.

THEODORE S. HERTZBERG
*United States Attorney*

***Dwayne Allyn Brown Jr.***
DWAYNE A. BROWN JR.
*Assistant United States Attorney*
Georgia Bar No. 509554

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ANALIEA MILLISCENT ECCLES | Criminal Action No.<br>1:26-MJ-0963 |

**Order**

Having read and considered the Government's Motion to Continue the Indictment Deadline in this matter, and for good cause shown, the Court HEREBY GRANTS the motion.

It is hereby ORDERED that the Government shall have until November 17, 2026, to indict or otherwise formally charge the Defendant in this case. This will provide both parties the reasonable amount of time necessary for effective preparation and consideration of a pre-indictment resolution.

Pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), the Court finds that the ends of justice served by granting this motion outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), the Court finds that the time between October 14, 2026, and November 17, 2026, constitutes excludable delay.

SO ORDERED this ______ day of _____________, 2026.

______________________________
HONORABLE JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

Presented by:
Dwayne A. Brown Jr., Assistant United States Attorney